IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Lawrence E. Stewart, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action 2:03-cv-0687 |
| Reginald Wilkinson, et al., | : | JUDGE SARGUS |
| Defendants. | : | |

ORDER

This matter is before the Court on its own motion to consider a Report and Recommendation issued by the Magistrate Judge on May 8, 2009. Lawrence E. Stewart, the plaintiff herein, obtained an extension of time until July 6, 2009, to file objections. That deadline has passed, and no objections have been filed. Therefore, the Court adopts the Report and Recommendation (doc. 176). The motion for summary judgment (doc. 154) filed by the remaining defendants, Cheryl Jorgensen-Martinez, Tammy Hartlzer, Mona Parks, and Mary Sanford, is granted, and Mr. Stewart's claims against these defendants are dismissed. It is further ordered that Mr. Stewart's motion for reconsideration (doc. 155), motion for stay of execution and preliminary injunction (doc. 162), second motion for preliminary injunction (doc. 167), and motion for monetary damages (doc. 175) are denied. Mr. Stewart's objection to the defendants' use of his 2008 deposition (doc. 179) is overruled. The defendants' motion to stay all further motions (doc. 170) is denied as moot. The Clerk shall terminate this civil action..

SO ORDERED

Date: 7-16-2009

Edmund A. Sargus, Jr.
United States District Judge