AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**LAWRENCE E. STEWART,**

    **Plaintiff,**

**vs.**

**REGINALD WILKINSON, et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-03-0687**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed July 16, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: July 16, 2009                    JAMES BONINI, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk